UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:05-CR-96-001 |
| V. ) | (JORDAN/SHIRLEY) |
| ) | |
| SARAH E. BEVINS ) | |

ORDER OF TEMPORARY DETENTION PENDING REVOCATION HEARING

This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on September 1, 2011. Melissa M. Kirby, Assistant United States Attorney, was present representing the government. Attorney Kim A. Tollison, Federal Defender Services was present representing the defendant. The defendant was also present. The Government moved for detention and the defendant opposed and requested a hearing. The defendant, through counsel, waived a preliminary hearing and executed an appropriate waiver.

The defendant was scheduled for a detention hearing on the first time and date available on **Today, September 1, 2011 at 3:30 p.m.**, before the Honorable C. Clifford Shirley, Jr., United States Magistrate Judge. At 3:30 p.m., the defendant presented and advised she had resolved the underlying matter and wished to waive her request for a detention hearing. The defendant and her counsel executed a waiver of the detention hearing after orally advising she understood her right to such hearing and that by waiving it she would be remanded to the custody of the United States Marshall.

The defendant is scheduled for a revocation hearing on **Wednesday, October

**3, 2011** at **1:15 p.m.**, before the **Honorable Leon Jordan**, United States District Judge. The defendant stated that she understands that he will remain in custody pending the hearing.

It is therefore **ORDERED** that:

(1) Defendant be detained pending the detention hearing;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**
ENTER:
  s/ C. Clifford Shirley  
United States Magistrate Judge